# EXHIBIT B

**Zuheir R. Safe**
**Transactions in The Goldman Sachs Group, Inc. (GS) Securities**
**Class Period: 02/28/2014 and 12/17/2018, inclusive**
**Buy (B), Sell (S)**

| | |
|---|---|
| **Net Shares Retained** | **6,450** |
| **Total Retained Cost** | **$ 1,220,976.50** |
| **Value of Retained Shares** | **$ 1,194,228.25** |
| **90-Day Average** | **$ 185.15** |
| **Losses** | **$ 51,186.08** |

**Stocks**

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 10/9/2015 | B | 150 | GS Common Stock | $178.66 | $26,799.00 | |
| 12/31/2015 | B | 100 | GS Common Stock | $180.90 | $18,090.00 | |
| 2/18/2016 | B | 300 | GS Common Stock | $150.00 | $45,000.00 | |
| 2/23/2016 | B | 200 | GS Common Stock | $146.32 | $29,264.00 | |
| 3/30/2016 | B | 250 | GS Common Stock | $155.21 | $38,802.50 | |
| 3/30/2016 | B | 200 | GS Common Stock | $156.00 | $31,200.00 | |
| 3/31/2016 | B | 300 | GS Common Stock | $156.16 | $46,848.00 | |
| 5/3/2016 | B | 250 | GS Common Stock | $163.23 | $40,807.50 | |
| 5/3/2016 | B | 200 | GS Common Stock | $162.23 | $32,446.00 | |
| 5/11/2016 | B | 200 | GS Common Stock | $160.22 | $32,044.00 | |
| 5/13/2016 | B | 150 | GS Common Stock | $156.84 | $23,526.00 | |
| 5/13/2016 | B | 150 | GS Common Stock | $155.76 | $23,364.00 | |
| 5/19/2016 | B | 300 | GS Common Stock | $158.90 | $47,670.00 | |
| 5/26/2016 | B | 600 | GS Common Stock | $159.42 | $95,652.00 | |
| 6/1/2016 | B | 200 | GS Common Stock | $157.32 | $31,464.00 | |
| 6/9/2016 | B | 200 | GS Common Stock | $152.88 | $30,576.00 | |
| 3/21/2017 | B | 200 | GS Common Stock | $233.68 | $46,736.00 | |
| 3/22/2017 | B | 500 | GS Common Stock | $229.68 | $114,840.00 | |
| 3/23/2017 | B | 300 | GS Common Stock | $232.00 | $69,600.00 | |
| 4/5/2017 | B | 500 | GS Common Stock | $229.62 | $114,810.00 | |
| 7/5/2017 | B | 250 | GS Common Stock | $226.86 | $56,715.00 | |
| 7/7/2017 | B | 250 | GS Common Stock | $227.23 | $56,807.50 | |
| 8/16/2017 | B | 50 | GS Common Stock | $227.01 | $11,350.50 | |
| 8/16/2017 | B | 100 | GS Common Stock | $227.01 | $22,701.00 | |
| 8/28/2017 | B | 100 | GS Common Stock | $221.82 | $22,182.00 | |
| 2/22/2018 | B | 100 | GS Common Stock | $262.84 | $26,284.00 | |
| 4/17/2018 | B | 100 | GS Common Stock | $260.44 | $26,044.00 | |
| 4/19/2018 | B | 100 | GS Common Stock | $253.68 | $25,368.00 | |
| 6/29/2018 | B | 100 | GS Common Stock | $223.24 | $22,324.00 | |
| 8/2/2018 | B | 50 | GS Common Stock | $233.23 | $11,661.50 | |
| 8/2/2018 | B | 50 | GS Common Stock | $233.48 | $11,674.00 | |
| 8/8/2018 | B | 50 | GS Common Stock | $237.82 | $11,891.00 | |
| 8/8/2018 | B | 50 | GS Common Stock | $237.37 | $11,868.50 | |
| 8/23/2018 | B | 50 | GS Common Stock | $238.38 | $11,919.00 | |
| 8/23/2018 | B | 50 | GS Common Stock | $237.37 | $11,868.50 | |
| 8/24/2018 | B | 50 | GS Common Stock | $236.34 | $11,817.00 | |
| 9/4/2018 | B | 50 | GS Common Stock | $235.62 | $11,781.00 | |
| 12/17/2018 | S | (100) | GS Common Stock | $167.88 | ($16,787.78) | |
| | *After-CP* | | | | | |
| 12/21/2018 | S | (100) | GS Common Stock | $168.45 | ($16,844.78) | |
| 12/24/2018 | S | (100) | GS Common Stock | $165.11 | ($16,511.20) | |
| 12/26/2018 | S | (50) | GS Common Stock | $164.75 | ($8,237.42) | |