UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL PLAUT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, HARVEY M. SCHWARTZ, and R. MARTIN CHAVEZ,<br><br>Defendants. | Case No. 1:18-cv-12084-VSB<br><br>Hon. Vernon S. Broderick |

**NOTICE OF THE MOTION OF SJUNDE AP-FONDEN
FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF ITS SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that on a date and time designated by the Court, before the Honorable Vernon S. Broderick, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United Stated Courthouse, 40 Foley Square, New York, New York, putative class member Sjunde AP-Fonden ("AP7"), by its undersigned counsel, will respectfully move this Court for entry of an Order for: (1) appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); and (2) approval of its selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class and Bernstein Litowitz Berger & Grossmann LLP as Liaison Counsel for the class.  This Motion is made on the grounds that AP7 is the "most adequate plaintiff" pursuant to the PSLRA.  In support of this Motion, AP7 submits herewith the Memorandum of Law in Support of the Motion of Sjunde AP-Fonden for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel and the Declaration of Gerald H. Silk in Support of the Motion of Sjunde AP-Fonden for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel.

DATED: February 19, 2019

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**

*S/ Gerald H. Silk*
Gerald H. Silk
Michael D. Blatchley
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
michaelb@blbglaw.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
   MELTZER & CHECK, LLP**
Naumon A. Amjed

1

Darren J. Check
Ryan T. Degnan
Melissa L. Troutner
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
mtroutner@ktmc.com

*Counsel for Sjunde AP-Fonden and
Proposed Lead Counsel for the Class*