UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL PLAUT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, HARVEY M. SCHWARTZ, and R. MARTIN CHAVEZ,<br><br>Defendants. | Case No. 1:18-cv-12084-VSB<br><br>Hon. Vernon S. Broderick |

**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE
MOTION OF SJUNDE AP-FONDEN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF ITS SELECTION OF COUNSEL**

I, Gerald H. Silk, declare as follows:

1. I am a member in good standing of the State Bar of New York and am admitted to practice before this Court. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of the motion filed by Sjunde AP-Fonden ("AP7") for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of its selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel for the class and Bernstein Litowitz as Liaison Counsel for the class.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Sworn Certification of AP7 pursuant to the PSLRA;

Exhibit B: Chart of AP7's transactions and losses in The Goldman Sachs Group, Inc. securities during the Class Period;

Exhibit C: Notice of pendency of *Plaut v. The Goldman Sachs Group, Inc., et al.*, No. 1:18-cv-12084-VSB (S.D.N.Y.), published by *Globe Newswire* on December 20, 2018;

Exhibit D: Firm résumé of Kessler Topaz; and

Exhibit E: Firm résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of February 2019.

*S/ Gerald H. Silk*
Gerald H. Silk
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com

1

2

*Proposed Liaison Counsel for the Class*