# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, ___Teddy Lin___, on behalf of Meitav Dash Provident Funds and Pension Ltd. ("Meitav"), make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against The Goldman Sachs Group Securities Litigation ("Goldman Sachs" or the "Company") and authorize the filing of a motion on behalf of Meitav for appointment as lead plaintiff.

3. Meitav did not purchase or acquire Goldman Sachs securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Meitav is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Goldman Sachs securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. We understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of our current knowledge, the attached sheet lists all of Meitav's transactions in Goldman Sachs securities during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, Meitav DS Provident has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *In re Sanofi Securities Litigation*, 1:14-cv-09624-PKC (S.D.N.Y. Dec. 4, 2014);

- *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926-JPO (S.D.N.Y. Oct. 11, 2016); and

- *Roofer's Pension Fund, V. Papa et al*, 2:16-cv-02805 (D.N.J. May 18, 2016).

7. Meitav agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

**Executed**      10.2.19
            **(Date)**

_____
            **(Signatures)**

טודי לין, מנכ״ל
מיטב דש גמל ופנסיה בע״מ
_____
            **(Type or Print Name)**

The Goldman Sachs Group, Inc. (GS)                    Meitav Dash Provident Funds and Pension Ltd. ("Meitav")

List of Purchases and Sales

| Security | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 5/12/2014 | Purchase | 1,572 | $159.3514 |
| Common Stock | 7/21/2014 | Purchase | 188 | $171.0000 |
| Common Stock | 8/6/2014 | Purchase | 10 | $168.0200 |
| Common Stock | 1/5/2015 | Purchase | 1,840 | $188.5791 |
| Common Stock | 1/6/2015 | Purchase | 245 | $188.3000 |
| Common Stock | 4/6/2015 | Purchase | 80 | $190.2544 |
| Common Stock | 4/24/2015 | Purchase | 100 | $199.0400 |
| Common Stock | 5/18/2015 | Purchase | 800 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 700 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 100 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 500 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 700 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 900 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 3,900 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 3,800 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 3,800 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 6,900 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 500 | $204.4140 |
| Common Stock | 5/18/2015 | Purchase | 500 | $204.4140 |
| Common Stock | 5/21/2015 | Purchase | 100 | $204.3990 |
| Common Stock | 5/21/2015 | Purchase | 1,000 | $204.3990 |
| Common Stock | 5/29/2015 | Purchase | 700 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 700 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 100 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 500 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 700 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 800 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 3,800 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 3,700 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 3,700 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 100 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 6,600 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 500 | $208.1676 |
| Common Stock | 5/29/2015 | Purchase | 400 | $208.1676 |
| Common Stock | 6/1/2015 | Purchase | 100 | $208.1516 |
| Common Stock | 6/1/2015 | Purchase | 1,000 | $208.1516 |
| Common Stock | 10/29/2018 | Purchase | 2,840 | $215.4400 |
| Common Stock | 10/29/2018 | Purchase | 100 | $215.4400 |
| Common Stock | 10/29/2018 | Purchase | 1,740 | $215.4400 |
| Common Stock | 10/29/2018 | Purchase | 50 | $215.4400 |
| Common Stock | 10/29/2018 | Purchase | 100 | $215.4400 |
| Common Stock | 10/29/2018 | Purchase | 4,460 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 3,560 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 2,180 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 4,200 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 890 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 490 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 30 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 510 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 30 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 30 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 50 | $215.4374 |
| Common Stock | 10/29/2018 | Purchase | 40 | $215.4374 |
| Common Stock | 11/1/2018 | Purchase | 2,730 | $226.9400 |
| Common Stock | 11/1/2018 | Purchase | 100 | $226.9400 |
| Common Stock | 11/1/2018 | Purchase | 1,650 | $226.9400 |
| Common Stock | 11/1/2018 | Purchase | 50 | $226.9400 |
| Common Stock | 11/1/2018 | Purchase | 100 | $226.9400 |
| Common Stock | 11/1/2018 | Purchase | 40 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 4,150 | $226.9396 |

The Goldman Sachs Group, Inc. (GS)          Meitav Dash Provident Funds and Pension Ltd. ("Meitav")

List of Purchases and Sales

| Security | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 11/2/2018 | Purchase | 3,320 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 2,030 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 3,910 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 830 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 460 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 30 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 480 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 30 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 30 | $226.9396 |
| Common Stock | 11/2/2018 | Purchase | 50 | $226.9396 |
| Common Stock | 11/13/2018 | Purchase | 3,453 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 121 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 2,129 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 65 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 120 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 5,634 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 4,529 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 2,798 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 5,312 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 1,024 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 627 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 45 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 640 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 32 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 41 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 43 | $208.1000 |
| Common Stock | 11/13/2018 | Purchase | 58 | $208.1000 |
| Common Stock | 6/25/2015 | Sale | 175 | $215.0000 |
| Common Stock | 11/24/2015 | Sale | 1,107 | $188.3742 |
| Common Stock | 11/24/2015 | Sale | 850 | $188.3742 |
| Common Stock | 11/24/2015 | Sale | 6,750 | $188.3742 |
| Common Stock | 11/25/2015 | Sale | 1,459 | $188.4033 |
| Common Stock | 11/25/2015 | Sale | 5 | $188.4033 |
| Common Stock | 11/25/2015 | Sale | 190 | $188.4033 |
| Common Stock | 12/2/2015 | Sale | 190 | $191.9139 |
| Common Stock | 12/2/2015 | Sale | 1,459 | $191.9139 |
| Common Stock | 12/2/2015 | Sale | 1,107 | $191.8693 |
| Common Stock | 12/2/2015 | Sale | 850 | $191.8693 |
| Common Stock | 12/2/2015 | Sale | 6,750 | $191.8693 |
| Common Stock | 12/2/2015 | Sale | 5 | $191.9139 |
| GS 5 3/4 01/24/22 | 1/27/2015 | Purchase | 140,000 | $116.8590 |
| GS 5 3/4 01/24/22 | 2/5/2015 | Purchase | 56,000 | $118.5530 |
| GS 5 3/4 01/24/22 | 2/5/2015 | Purchase | 40,000 | $118.7905 |
| GS 5 3/4 01/24/22 | 2/9/2015 | Purchase | 137,000 | $117.7440 |
| GS 5 3/4 01/24/22 | 2/12/2015 | Purchase | 45,000 | $117.6402 |
| GS 5 3/4 01/24/22 | 2/20/2015 | Purchase | 143,000 | $116.7920 |
| GS 5 3/4 01/24/22 | 2/20/2015 | Purchase | 94,000 | $116.5300 |
| GS 5 3/4 01/24/22 | 2/26/2015 | Purchase | 24,000 | $116.6480 |
| GS 5 3/4 01/24/22 | 3/3/2015 | Purchase | 213,000 | $117.6671 |
| GS 5 3/4 01/24/22 | 3/6/2015 | Purchase | 6,000 | $116.3950 |
| GS 5 3/4 01/24/22 | 3/6/2015 | Purchase | 3,000 | $116.4100 |
| GS 5 3/4 01/24/22 | 3/9/2015 | Purchase | 12,000 | $116.3606 |
| GS 5 3/4 01/24/22 | 3/16/2015 | Purchase | 12,000 | $115.8630 |
| GS 5 3/4 01/24/22 | 3/18/2015 | Purchase | 22,000 | $116.1880 |
| GS 5 3/4 01/24/22 | 3/23/2015 | Purchase | 120,000 | $116.2500 |
| GS 5 3/4 01/24/22 | 3/24/2015 | Purchase | 132,000 | $116.6260 |
| GS 5 3/4 01/24/22 | 3/27/2015 | Purchase | 30,000 | $117.0520 |
| GS 5 3/4 01/24/22 | 4/7/2015 | Purchase | 10,000 | $117.0410 |
| GS 5 3/4 01/24/22 | 4/24/2015 | Purchase | 60,000 | $117.3970 |

**The Goldman Sachs Group, Inc. (GS)**               **Meitav Dash Provident Funds and Pension Ltd. ("Meitav")**

List of Purchases and Sales

| Security | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| GS 5 3/4 01/24/22 | 4/24/2015 | Purchase | 21,000 | $117.2780 |
| GS 5 3/4 01/24/22 | 4/30/2015 | Purchase | 25,000 | $117.2250 |
| GS 5 3/4 01/24/22 | 5/7/2015 | Purchase | 30,000 | $115.6940 |
| GS 5 3/4 01/24/22 | 5/7/2015 | Purchase | 15,000 | $115.8440 |
| GS 5 3/4 01/24/22 | 5/8/2015 | Purchase | 15,000 | $115.3410 |
| GS 5 3/4 01/24/22 | 5/18/2015 | Purchase | 10,000 | $115.3200 |
| GS 5 3/4 01/24/22 | 5/19/2015 | Purchase | 10,000 | $115.1850 |
| GS 5 3/4 01/24/22 | 5/26/2015 | Purchase | 20,000 | $115.1510 |
| GS 5 3/4 01/24/22 | 6/30/2015 | Purchase | 76,000 | $113.7430 |
| GS 5 3/4 01/24/22 | 6/30/2015 | Purchase | 75,000 | $113.7230 |
| GS 5 3/4 01/24/22 | 9/16/2015 | Purchase | 24,000 | $113.7060 |
| GS 5 3/4 01/24/22 | 9/24/2015 | Purchase | 24,000 | $113.4370 |
| GS 5 3/4 01/24/22 | 11/5/2015 | Purchase | 44,000 | $114.8600 |
| GS 5 3/4 01/24/22 | 11/6/2015 | Purchase | 6,000 | $114.6670 |
| GS 5 3/4 01/24/22 | 12/2/2015 | Purchase | 233,000 | $114.8510 |
| GS 5 3/4 01/24/22 | 12/29/2015 | Purchase | 206,000 | $113.7900 |
| GS 5 3/4 01/24/22 | 12/29/2015 | Purchase | 74,000 | $113.8500 |
| GS 5 3/4 01/24/22 | 1/4/2016 | Purchase | 230,000 | $114.0000 |
| GS 5 3/4 01/24/22 | 5/20/2016 | Purchase | 70,000 | $114.8630 |
| GS 5 3/4 01/24/22 | 6/6/2016 | Purchase | 139,000 | $114.8460 |
| GS 5 3/4 01/24/22 | 6/24/2016 | Purchase | 10,000 | $115.6600 |
| GS 5 3/4 01/24/22 | 7/1/2016 | Purchase | 40,000 | $115.9515 |
| GS 5 3/4 01/24/22 | 8/9/2016 | Purchase | 38,000 | $116.6650 |
| GS 5 3/4 01/24/22 | 10/13/2016 | Purchase | 132,000 | $115.7780 |
| GS 5 3/4 01/24/22 | 11/29/2018 | Purchase | 50,000 | $105.3870 |
| GS 5 3/4 01/24/22 | 6/4/2015 | Sale | 64,000 | $115.3080 |
| GS 5 3/4 01/24/22 | 7/7/2015 | Sale | 169,000 | $113.2500 |
| GS 5 3/4 01/24/22 | 8/18/2015 | Sale | 20,000 | $114.0170 |
| GS 5 3/4 01/24/22 | 8/27/2015 | Sale | 70,000 | $114.1770 |
| GS 5 3/4 01/24/22 | 9/4/2015 | Sale | 30,000 | $113.5570 |
| GS 5 3/4 01/24/22 | 9/29/2015 | Sale | 28,000 | $114.4060 |
| GS 5 3/4 01/24/22 | 10/2/2015 | Sale | 8,000 | $114.5720 |
| GS 5 3/4 01/24/22 | 11/9/2015 | Sale | 22,000 | $114.4310 |
| GS 5 3/4 01/24/22 | 11/20/2015 | Sale | 40,000 | $113.7490 |
| GS 5 3/4 01/24/22 | 11/20/2015 | Sale | 50,000 | $113.7600 |
| GS 5 3/4 01/24/22 | 12/4/2015 | Sale | 228,000 | $114.5400 |
| GS 5 3/4 01/24/22 | 12/14/2015 | Sale | 15,000 | $114.3230 |
| GS 5 3/4 01/24/22 | 1/20/2016 | Sale | 25,000 | $113.7260 |
| GS 5 3/4 01/24/22 | 3/4/2016 | Sale | 50,000 | $113.8500 |
| GS 5 3/4 01/24/22 | 9/7/2016 | Sale | 45,000 | $115.9500 |
| GS 5 3/4 01/24/22 | 11/15/2016 | Sale | 34,000 | $115.4952 |
| GS 5 3/4 01/24/22 | 11/29/2016 | Sale | 20,000 | $112.9060 |
| GS 5 3/4 01/24/22 | 12/20/2016 | Sale | 30,000 | $111.6720 |
| GS 5 3/4 01/24/22 | 1/13/2017 | Sale | 29,000 | $112.2700 |
| GS 5 3/4 01/24/22 | 2/2/2017 | Sale | 48,000 | $112.2250 |
| GS 5 3/4 01/24/22 | 2/6/2017 | Sale | 10,000 | $111.9920 |
| GS 5 3/4 01/24/22 | 2/10/2017 | Sale | 20,000 | $113.0890 |
| GS 5 3/4 01/24/22 | 2/17/2017 | Sale | 10,000 | $112.5740 |
| GS 5 3/4 01/24/22 | 2/28/2017 | Sale | 36,000 | $112.7899 |
| GS 5 3/4 01/24/22 | 3/7/2017 | Sale | 36,000 | $112.5380 |
| GS 5 3/4 01/24/22 | 3/10/2017 | Sale | 20,000 | $112.4240 |
| GS 5 3/4 01/24/22 | 3/10/2017 | Sale | 20,000 | $112.4140 |
| GS 5 3/4 01/24/22 | 3/16/2017 | Sale | 10,000 | $111.7180 |
| GS 5 3/4 01/24/22 | 3/31/2017 | Sale | 16,000 | $112.5150 |
| GS 5 3/4 01/24/22 | 4/12/2017 | Sale | 14,000 | $112.7560 |
| GS 5 3/4 01/24/22 | 5/9/2017 | Sale | 30,000 | $112.6970 |
| GS 5 3/4 01/24/22 | 5/22/2017 | Sale | 34,000 | $113.1870 |
| GS 5 3/4 01/24/22 | 6/12/2017 | Sale | 30,000 | $113.0880 |
| GS 5 3/4 01/24/22 | 6/20/2017 | Sale | 20,000 | $112.8080 |
| GS 5 3/4 01/24/22 | 6/26/2017 | Sale | 20,000 | $112.8990 |

**The Goldman Sachs Group, Inc. (GS)**   **Meitav Dash Provident Funds and Pension Ltd. ("Meitav")**

List of Purchases and Sales

| Security | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| GS 5 3/4 01/24/22 | 7/27/2017 | Sale | 30,000 | $112.8270 |
| GS 5 3/4 01/24/22 | 10/18/2017 | Sale | 20,000 | $112.2890 |
| GS 5 3/4 01/24/22 | 11/9/2017 | Sale | 20,000 | $111.6770 |
| GS 5 3/4 01/24/22 | 11/13/2017 | Sale | 20,000 | $111.6770 |
| GS 5 3/4 01/24/22 | 1/2/2018 | Sale | 42,000 | $110.6410 |
| GS 5 3/4 01/24/22 | 1/17/2018 | Sale | 80,000 | $110.0059 |
| GS 5 3/4 01/24/22 | 2/7/2018 | Sale | 18,000 | $109.6776 |
| GS 5 3/4 01/24/22 | 2/7/2018 | Sale | 31,000 | $109.5450 |
| GS 5 3/4 01/24/22 | 2/20/2018 | Sale | 20,000 | $108.6910 |
| GS 5 3/4 01/24/22 | 2/20/2018 | Sale | 122,000 | $108.7500 |
| GS 5 3/4 01/24/22 | 2/26/2018 | Sale | 20,000 | $108.7180 |
| GS 5 3/4 01/24/22 | 3/6/2018 | Sale | 40,000 | $108.1680 |
| GS 5 3/4 01/24/22 | 3/27/2018 | Sale | 86,000 | $107.9070 |
| GS 5 3/4 01/24/22 | 4/25/2018 | Sale | 96,000 | $107.5500 |
| GS 5 3/4 01/24/22 | 6/21/2018 | Sale | 60,000 | $106.9510 |