AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Daniel Plaut, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-12084 |
| The Goldman Sachs Group, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Lead Plaintiff, Nebraska Investment Council.

Date:  02/25/2019

/s/ Christopher J. Keller
*Attorney's signature*

Christopher J. Keller CK-2347
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
*Address*

ckeller@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*