UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>THE GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, HARVEY M. SCHWARTZ, and GARY D. COHN,<br><br>                Defendants. | Case No.:  1:18-cv-12084 (VSB)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
THE SECOND AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint, the Declaration of Stephen H. O. Clarke (with exhibits), and such other submissions as may be filed in support of this Motion, Defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein, Harvey M. Schwartz, and Gary D. Cohn, by and through their undersigned counsel, will move this Court, before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, on a date and time to be set by the Court, for an order:  (i) dismissing the Second Amended Class Action Complaint in its entirety and with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995; and (ii) for such other relief as the Court deems just and proper.

-2-

Dated: January 9, 2020
       New York, New York

                         Respectfully submitted,

                         /s/ Sharon L. Nelles
                         Sharon L. Nelles (*nelless@sullcrom.com*)
                         David M.J. Rein (*reind@sullcrom.com*)
                         Matthew A. Schwartz (*schwartzmatthew@sullcrom.com*)
                         Benjamin R. Walker (*walkerb@sullcrom.com*)
                         Stephen H.O. Clarke (*clarkest@sullcrom.com*)
                         SULLIVAN & CROMWELL LLP
                         125 Broad Street
                         New York, New York  10004-2498
                         Tel:  (212) 558-4000
                         Fax:  (212) 558-3588

                         *Counsel for Defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein, Harvey M. Schwartz, and Gary D. Cohn*