# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

January 9, 2020

*By ECF*

Hon. Vernon S. Broderick,
    United States District Judge,
        United States District Court for the Southern District of New York,
            Thurgood Marshall United States Courthouse,
                40 Foley Square,
                    New York, New York  10007.

        Re:    *Sjunde AP-Fonden* v. *The Goldman Sachs Group, Inc.*, No. 18-cv-12084

Dear Judge Broderick:

        On behalf of Defendants in the above-referenced action, I write pursuant to Rule 4(J) of the Court's Individual Rules and Practices in Civil Cases to respectfully request oral argument on Defendants' Motion to Dismiss the Second Amended Complaint (Docket No. 79).

                             Respectfully submitted,

                             /s/ *Sharon L. Nelles*

                             Sharon L. Nelles

cc:     Counsel of Record (by ECF)