UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

THE GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, HARVEY M. SCHWARTZ, and GARY D. COHN,

                Defendants.

------------------------------------------------------------ x

Case No.: 1:18-cv-12084 (VSB)

## DECLARATION OF DAVID M.J. REIN

DAVID M.J. REIN hereby declares under penalty of perjury as follows:

1. I am a member of the bar of this Court and of the law firm Sullivan & Cromwell LLP.

2. Defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein, Harvey M. Schwartz, and Gary D. Cohn ("Defendants") are represented by the law firms Winston & Strawn LLP and Sullivan & Cromwell LLP in the above-captioned action.

3. Upon the Court's granting of the accompanying Motion for Withdrawal of Appearance, Sullivan & Cromwell LLP, including each of the lawyers that have appeared as counsel, will cease representing Defendants in this action. Winston & Strawn LLP will continue to represent Defendants, and the withdrawal will not prejudice Defendants.

4. Defendants' Motion to Dismiss the Second Amended Class Action Complaint is fully briefed and pending before the Court. There are no currently scheduled hearings.

5. No retaining or charging lien is being asserted.

Executed on September 11, 2020 in New York, New York.

                                                            /s/ David M.J. Rein
                                                             David M.J. Rein