```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
SJUNDE AP-FONDEN, *individually and on*                  :
*behalf of all those similarly situated*,                :
                                                         :
                                    Plaintiff,           :     18-cv-12084 (VSB)
                                                         :
                -against-                                :     **ORDER**
                                                         :
THE GOLDMAN SACHS GROUP, INC. et al.,                    :
                                                         :
                                    Defendants.          :
                                                         :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of a motion for leave to file an amicus curiae brief submitted by William Michael Cunningham. It is hereby:

ORDERED that the Clerk's office is directed to file the motion for leave and the brief in question on the docket.

IT IS FURTHER ORDERED that if the motion for leave and the brief were filed in connection with Defendants' motion to dismiss, it is untimely.

IT IS FURTHER ORDERED that if the motion for leave and the brief were filed for some other reason, given that there are currently no open motions in this case, I do not take any action at this time with regard to the application.

IT IS FURTHER ORDERED that the Clerk's office is directed to mail a copy of this Order to the applicant at the address listed on his motion.

SO ORDERED.

Dated: July 1, 2021
      New York, New York

                                      Vernon S. Broderick
                                      United States District Judge