UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
SJUNDE AP-FONDE, individually and on : 
Behalf of all others similarly situated, : No. 1:18-cv-12084-VSB
 :
Plaintiffs, : **NOTICE OF APPEARANCE**
 :
v. :
 :
THE GOLDMAN SACHS GROUP, INC., :
LLOYD C. BLANKFEIN, HARVEY M. :
SCHWARTZ, and GARY D. COHN, :
 :
Defendants. :
 :
-------------------------------------------------x :

Please take notice that Grant R. Mainland of Milbank LLP, a member of this Court in good standing, hereby respectfully enters an appearance as counsel of record for Defendant Gary D. Cohn in the above-captioned action.

Dated:   New York, New York
         July 7, 2021

                                                    **MILBANK LLP**

                                                    /s/ Grant R. Mainland

Grant R. Mainland
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5251
gmainland@milbank.com

***Attorneys for Gary D. Cohn***