

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**JOHN E. SCHREIBER**
Partner
(212) 294-6700
jschreiber@winston.com

February 8, 2022

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   02/09/2022

Re:   *Sjunde AP-Fonden v. The Goldman Sachs Group, Inc. et al.*, No. 1:18-cv-12084 (VSB)

Dear Judge Broderick:

Pursuant to this Court's memo endorsement (ECF No. 154) and Rule 5.B. of Your Honor's Individual Rules and Practices in Civil Cases, Defendants in the above-captioned action respectfully move the Court to unseal the following filings:

1. Defendants' Brief in Opposition to Lead Plaintiff's Motion for Class Certification. This is docketed at ECF No. 146.

2. The excerpted transcript of Plaintiff's Rule 30(b)(6) deposition testimony in this matter, dated December 14, 2021. This is docketed at ECF No. 149.

Per its letter dated February 1, 2022 (ECF No. 153), Plaintiff has no objection to the unsealing of these records. Please do not hesitate to contact me if you have any questions.

Respectfully,

*/s/ John E. Schreiber*
John E. Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
jschreiber@winston.com

*Attorney for The Goldman Sachs Group, Inc.*

cc: All Counsel of Record (by ECF)