UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>THE GOLDMAN SACHS GROUP, INC., et al.,<br><br>       Defendants. | Civil Case No. 1:18-cv-12084-VSB |

**NOTICE OF MOTION AND MOTION FOR ISSUANCE OF A HAGUE CONVENTION REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN TESTIMONY OF FORMER EMPLOYEES OF GOLDMAN SACHS**

PLEASE TAKE NOTICE that Plaintiff in the above-captioned action hereby moves, pursuant to Federal Rule of Civil Procedure 28(b)(2), 28 U.S.C. §1781(b)(2), and the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, reprinted in 28 U.S.C. 1781 (the "Hague Convention"), for issuance of Letters of Request, attached as Exhibits A-C to the accompanying Declaration of Andrew L. Zivitz, to the Senior Master of the Queen's Bench Division of the High Court of England and Wales for international judicial assistance in obtaining sworn testimony from three former employees of Defendant The Goldman Sachs Group, Inc. who, upon information and belief, reside in the United Kingdom: (1) Patrick Kidney; (2) Toby Watson; and (3) Cyrus Shey.

This motion is based upon the accompanying Memorandum of Law and the Declaration of Andrew Zivitz, including all exhibits thereto.

1

Dated: May 9, 2022

        **KESSLER TOPAZ**
        **MELTZER & CHECK, LLP**

        *s/ Andrew L. Zivitz*
        Andrew L. Zivitz
        Matthew L. Mustokoff
        Johnston de F. Whitman, Jr.
        Jamie M. McCall
        Margaret E. Mazzeo
        Nathan A. Hasiuk
        280 King of Prussia Road
        Radnor, PA 19087
        Telephone: (610) 667-7706
        Facsimile: (610) 667-7056
        azivitz@ktmc.com
        mmustokoff@ktmc.com
        jwhitman@ktmc.com
        jmccall@ktmc.com
        mmazzeo@ktmc.com
        nhasiuk@ktmc.com

        *Lead Counsel for Sjunde AP-Fonden and the Class*

        **BERNSTEIN LITOWITZ**
        **BERGER & GROSSMANN LLP**

        Salvatore J. Graziano
        James M. Fee
        1251 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 554-1400
        Facsimile: (212) 554-1444
        sgraziano@blbglaw.com
        james.fee@glbglaw.com

        *Liaison Counsel for the Class*