

ATTORNEYS AT LAW

Writer's Direct Dial: 610-822-2229
E-Mail: azivitz@ktmc.com
*Please reply to the Radnor Office*

May 9, 2022

<u>VIA ECF</u>

Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  05/24/22

      Re:   *Sjunde AP-Fonden v. The Goldman Sachs Group, Inc., et al.*, No. 1:18-cv-12084

Dear Judge Broderick:

    We represent Lead Plaintiff Sjunde AP-Fonden ("AP7") in the above-referenced matter. We write pursuant to Rule 5.B of Your Honor's Individual Rules and Practices in Civil Cases ("Individual Rules") to respectfully request leave to file:

    i.   in redacted form, Plaintiff's Memorandum of Law in Support of its Motion for Issuance of Hague Convention Letters of Request for International Judicial Assistance to Obtain Testimony ("Memorandum of Law");

    ii.   in redacted form, Plaintiff's Letters of Request, attached as Exhibits A-C to the Declaration of Andrew L. Zivitz accompanying the Memorandum of Law (the "Letters of Request"); and

    iii.   under seal, the documents appended to Attachment A of the Letters of Request, which Plaintiff seeks to introduce as exhibits during the examinations requested in the respective Letters of Request (the "Letter of Request Exhibits").

The Letter of Request Exhibits are documents produced by Defendant The Goldman Sachs Group, Inc. ("Goldman") and have been designated "Confidential" or "Highly Confidential" by counsel for Goldman pursuant to the Stipulated Protective Order entered in this case. ECF No. 135. Plaintiff's Memorandum of Law and Letters of Request reference and quote from the Letter of Request Exhibits.

    While AP7 does not believe the Letter of Request Exhibits warrant confidential treatment, we have conferred with counsel for Goldman, and they have not consented to the Letter of Request Exhibits being filed publicly.

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
WWW.KTMC.COM

Hon. Vernon S. Broderick
May 9, 2022Page 2



      Pursuant to Rule 5.B.iii of the Individual Rules, we are contemporaneously filing: (i) a copy of Plaintiff's Memorandum of Law and Plaintiff's Letters of Request containing AP7's proposed redactions; (ii) under seal, an unredacted copy of Plaintiff's Memorandum of Law and Plaintiff's Letters of Request; and (iii) under seal, a copy of each Letter of Request Exhibit.

      We thank Your Honor for the Court's attention to this matter.

      Respectfully submitted,

      *S/ Andrew L. Zivitz*
      Andrew L. Zivitz

cc:    All Counsel of Record (via ECF)