UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
SJUNDE AP-FONDEN, *individually and on* :
*behalf of all others similarly situated*, :
:
                          Plaintiff, :        18-cv-12084 (VSB)
:
        -against- :        **ORDER**
:
THE GOLDMAN SACHS GROUP, et al., :
:
                        Defendants. :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Lead Plaintiff's unopposed Motion for Issuance of Hague Convention Letters of Request for International Judicial Assistance, the supporting memorandum of law, and the declaration of Andrew L. Zivitz containing the Letters of Request. (Docs. 178–82.) On May 24, 2022, I granted Lead Plaintiff's unopposed motion. (Doc. 184.) It is hereby:

      ORDERED that counsel for Lead Plaintiff produce courtesy copies of the Letters of Request, (Docs. 181-1–5), in hard copy form. It is further ordered that the courtesy copies be single-sided and retain the original ECF header stamp containing the case caption, document number, date of filing, and page number. The courtesy copies can be delivered directly to this Court's Orders and Judgments Clerk.

SO ORDERED.

Dated: May 25, 2022
      New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge