UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDE, individually and on Behalf of all others similarly situated,<br><br>                                        Plaintiffs,<br><br>          v.<br><br>THE GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, HARVEY M. SCHWARTZ, and GARY D. COHN,<br><br>                                        Defendants, | Case No. 1: 18-cv-12084-VSB<br><br>**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION** |

PLEASE TAKE NOTICE that Robert Y. Sperling, counsel for Defendant The Goldman Sachs Group, Inc., has changed his firm affiliation and contact information.  Mr. Sperling is now affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.  The new address, telephone number, facsimile number and e-mail for Mr. Sperling is as follows:

Robert Y. Sperling
PAUL, WEISS, RIKFIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: rsperling@paulweiss.com

Dated: August 23, 2022

                                        Respectfully submitted,

                                        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                         /s/ Robert Y. Sperling
                                        Robert Y. Sperling (admitted *Pro Hac Vice*)
                                        (rsperling@paulweiss.com)
                                        1285 Avenue of the Americas
                                        New York, NY 10019

Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for Defendant The Goldman Sachs Group, Inc.*