UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDE, individually and on Behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, HARVEY M. SCHWARTZ, and GARY D. COHN,<br><br>Defendants, | Case No. 1: 18-cv-12084-VSB<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Staci Yablon of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters her appearance as counsel in the above-captioned action for defendant The Goldman Sachs Group, Inc..

Dated: August 23, 2022

                                                   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                                   */s/ Staci Yablon*
                                                   Staci Yablon
                                                   1285 Avenue of the Americas
                                                   New York, NY 10019
                                                   Telephone: (212) 373-3000
                                                   syablon@paulweiss.com

                                                   *Counsel for The Goldman Sachs Group, Inc.*