```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SJUNDE AP-FONDEN, individually and on behalf
of all others similarly situated,

                        Plaintiff,                                  18-CV-12084 (VSB) (KHP)

      -against-                                          **SCHEDULING ORDER**

THE GOLDMAN SACHS GROUP, INC.,
LLOYD C. BLANKFEIN, HARVEY M.
SCHWARTZ, and R. MARTIN CHAVEZ,

                        Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties previously filed motions to seal at ECF Nos. 203, 226 and 230 seeking to file under seal their letters at ECF Nos. 204, 227 and 231.  These letters concern an ongoing discovery dispute.  On May 25, 2023, the Court issued an order stating that the sealing requests were not "narrowly tailored" to "preserve higher values," and directed the parties to publicly file the letters with redactions to only that information that revealed sensitive proprietary business or personal information.  (ECF No. 234.)  The parties have now publicly filed versions of these letters with redactions.  (ECF Nos. 237, 238, 239.)  The Court finds that these redactions are sufficiently narrowly tailored in accordance with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny.  Accordingly, the letters filed under seal at ECF Nos. 204, 227, and 231 may remain under seal.

       Additionally, on June 20, 2023, the parties filed a new joint letter regarding the ongoing discovery dispute (ECF No. 240), and moved to file this letter under seal (ECF No. 238).  The parties publicly filed a version of this letter with narrow redactions covering information that

the parties maintain is sensitive and confidential.  (ECF No. 241.)  The Court finds that these redactions are sufficiently narrowly tailored in accordance with *Lugosch*, 435 F.3d 110, and its progeny.  Accordingly, the motion to seal at ECF No. 238 is GRANTED.

**SO ORDERED.**

DATED: New York, New York
June 21, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge