**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3148

WRITER'S DIRECT FACSIMILE

(212) 492-0148

WRITER'S DIRECT E-MAIL ADDRESS

rsperling@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2023

June 30, 2023

**APPLICATION GRANTED**

*[signature]*
Hon. Katharine H. Parker, U.S.M.J.
06/30/2023

<u>VIA ECF</u>
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007

   Re: *Sjunde AP-Fonden* v. *The Goldman Sachs Group, Inc. et al.*,
     No. 18-cv-12084 (VSB)

Dear Judge Parker:

  We represent Defendant The Goldman Sachs Group, Inc. ("Goldman") in the above-referenced matter. Pursuant to Rule III.d of Your Honor's Individual Practices in Civil Cases, Goldman respectfully requests that the Court seal the transcript of the status conference held yesterday, June 29, 2023, and that Goldman be permitted to redact the name of a single Goldman in-house counsel who was discussed during the status conference. Plaintiff does not oppose this request.

  The status conference held yesterday afternoon included argument concerning the parties' ongoing privilege dispute. (*See* Dkt. 204, 227, 231.) In connection with this dispute, the Court has already allowed Goldman to redact from public filings, among other things, the names of Goldman employees who are not named as defendants or implicated in any wrongdoing. (Dkt. 234.) However, one employee's name was mentioned several times during the status conference.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

      For the same reasons set forth in its prior motions to seal (Dkt. 205, 230, 238), and in this Court's Order (Dkt. 234), Goldman respectfully requests that the Court immediately seal the transcript of the June 29, 2023 status conference, and that only the parties be permitted to receive copies of the full transcript from the court reporter.  Goldman is prepared to move expeditiously, and within two business days of receipt of the transcript will propose to the Court redactions solely as to the name of the single Goldman employee who was mentioned during the status conference.

      We stand ready to answer any questions from the Court.

Respectfully submitted,

*/s/ Robert Y. Sperling*
Robert Y. Sperling

cc:    All Counsel of Record (via ECF)