**PAUL, WEISS, RIFKIND, WHARTON & GARRISON**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3148

WRITER'S DIRECT FACSIMILE
(212) 492-0148

WRITER'S DIRECT E-MAIL ADDRESS
rsperling@paulweiss.com

UNIT 5201, FORTUNE FINANCI
5 DONGSANHUA
CHAOYANG DISTRICT, BEIJING 100
TELEPHONE (86-10

SUITES 3601 – 3
36/F, GLOUCES
THE
15 QUEEN'S ROA
TELEPHONE (852)

10 NOE
LONDON EC2V 7JU, UNITE
TELEPHONE (44 20)

535 MISSION STREET, 2
SAN FRANCISCO
TELEPHONE (62

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J. 7/11/2023
>
> The post-discovery conference scheduled for July 28, 20223, is hereby adjourned. Within one week of the resolution of the motions identified in this letter, the parties shall submit a joint letter proposing next steps for the adjudication of this case.

ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG
DANIEL J. KRAMER
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SUHAN SHIM
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
ADAM WOLLSTEIN
STACI YABLON
BOSCO YIU*
KAYE N. YOSHINO
TONG YU
TAURIE M. ZEITZER
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

July 10, 2023

**Via ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

Re: *Sjunde AP-Fonden* v. *The Goldman Sachs Group, Inc., et al.*,
No. 18-cv-12084 (VSB) (KHP)

Dear Judge Broderick:

We are writing on behalf of the parties in this matter regarding the post-discovery conference currently scheduled to take place before Your Honor on July 28, 2023.

On September 27, 2021, the Court entered a Case Management Plan and Scheduling Order, which, among other things, scheduled the July 28, 2023 conference to occur after the parties completed expert discovery. (Dkt. No. 131.) The Case Management Plan also requires that the parties, no less than two weeks before the

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Vernon S. Broderick 2

conference, submit a joint letter updating the Court on the status of the case, including whether any party intends to file a dispositive motion.

   As the Court is aware, on January 13, 2023, after the parties completed fact discovery, Lead Plaintiff moved for leave to file a third amended complaint and to modify its proposed class. (Dkt. Nos. 209, 213.) On February 16, 2023, the Court stayed expert discovery pending resolution of Lead Plaintiff's motion to amend and ordered resolution of the motion to modify the proposed class to be held in abeyance pending resolution of the motion to amend. (Dkt. No. 224.) The motion to amend and the motion to modify the proposed class are both pending.

   On May 24, 2023, during the pendency of the motion to amend and the motion to modify the proposed class, and with the expert discovery stay still in effect, the Court referred all pretrial matters to Magistrate Judge Katharine H. Parker. (Dkt. No. 232.) Judge Parker held a conference just over a week ago, on June 29, 2023. (Dkt. No. 245.) Judge Parker has also scheduled a hearing for July 24, 2023, and has indicated that she will at that time hear oral argument on Lead Plaintiff's motions to amend the complaint and to modify the class period. (Dkt. No. 248.)

   The parties are of course prepared to appear before Your Honor on July 28 as scheduled to discuss any matters of interest to the Court. But, given the circumstances described above, including the fact that Judge Parker will in just a few weeks be hearing argument on the pending motions, the parties respectfully request that the July 28 conference before Your Honor be adjourned without date, to be rescheduled following resolution of the motion to amend and the completion of expert discovery.

       Respectfully submitted,

       */s/ Robert Y. Sperling*

       Robert Y. Sperling