USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SJUNDE AP-FONDEN, individually and on behalf
of all others similarly situated,

                Plaintiff,

-against-

THE GOLDMAN SACHS GROUP, INC.,
LLOYD C. BLANKFEIN, HARVEY M.
SCHWARTZ, and R. MARTIN CHAVEZ,

                Defendants.
-------------------------------------------------------------------X

**18-CV-12084 (VSB) (KHP)**

**ORDER SCHEDULING**
**ORAL ARGUMENT AND**
**EVIDENTIARY HEARING**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    An evidentiary hearing and oral argument on the Motion to Certify Class at ECF No. 140 are scheduled on **Wednesday, December 13, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. In the event the parties agree that an evidentiary hearing as to class certification is not needed, they shall advise the Court by joint letter no later than December 6, 2023, in which case only an oral argument will be held.

    SO ORDERED.

DATED:    New York, New York
              August 17, 2023

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge