USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

THE GOLDMAN SACHS GROUP, INC.,
LLOYD C. BLANKFEIN, HARVEY M.
SCHWARTZ, and R. MARTIN CHAVEZ,

                Defendants.

------------------------------------------------------------------X

18-CV-12084 (VSB) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    As discussed at the August 23, 2023 Case Management Conference:

    The deadline for Plaintiff to serve its merits expert reports is extended to **Monday, October 16, 2023**; the deadline for Defendants to serve their expert reports is extended to **Monday, December 18, 2023**; and the deadline for Plaintiff to serve its reply expert reports is extended to **Monday, February 5, 2024**.  The deadline for expert discovery is extended to **Friday, March 8, 2024**.  These extensions do not impact the class certification briefing schedule previously set by the Court at ECF No. 278, and the expert reports relating to that briefing shall be served by the deadlines established in that text order.

    Additionally, the page limit for Plaintiff's reply brief in support of its motion for class certification is extended to 20 pages.

    SO ORDERED.

DATED:    New York, New York
             August 24, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge