USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>THE GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, AND GARY D. COHN,<br><br>       Defendants. | Civil Case No. 1:18-cv-12084-VSB |

**Notice and [Proposed] Order for Withdrawal of Counsel**

PLEASE TAKE NOTICE that, upon the annexed declaration of Briana Sheridan, and subject to the approval of the Court, Briana Sheridan hereby withdraws as counsel for Defendant Lloyd C. Blankfein and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Lloyd Blankfein in this proceeding.

DATED: New York, New York
   October 26, 2023

                 /s/ *Briana Sheridan*
                 Briana Sheridan
                 1285 Avenue of the Americas
                 New York, New York 10019-6064
                 Telephone: (212) 373-3000
                 bsheridan@paulweiss.com

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**  10/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>    v.<br><br>THE GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, AND GARY D. COHN,<br><br>                       Defendants. | **Civil Case No. 1:18-cv-12084-VSB**<br><br>**DECLARATION OF BRIANA SHERIDAN** |

Briana Sheridan, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Defendant Lloyd C. Blankfein in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent Lloyd C. Blankfein in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining or charging a lien.

Executed on October 26, 2023                                      /s/ *Briana Sheridan*
New York, New York                                                  Briana Sheridan

## Certificate of Service

I, Briana Sheridan, hereby certify that on October 26, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.

October 26, 2023                                          /s/ *Briana Sheridan*
New York, New York                                    Briana Sheridan