USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SJUNDE AP-FONDEN, individually and on behalf
of all others similarly situated,

                Plaintiff,                         18-CV-12084 (VSB) (KHP)

      -against-                         <u>**ORDER RESCHEDULING**
**ORAL ARGUMENT**</u>

THE GOLDMAN SACHS GROUP, INC.,
LLOYD C. BLANKFEIN, HARVEY M.
SCHWARTZ, and R. MARTIN CHAVEZ,

                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Oral Argument in this matter scheduled on Wednesday, January 10, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>**Thursday, February 22, 2024 at 10:00 a.m.**</u>

      **SO ORDERED.**

DATED:     New York, New York
              December 4, 2023

                                                           */s/ Katharine H. Parker*
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge