KESSLERTOPAZ MELTZERCHECK LLP
ATTORNEYS AT LAW

Writer's Direct Dial: 610-822-2229
E-Mail: azivitz@ktmc.com
*Please reply to the Radnor Office*

January 25, 2024

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17D
New York, NY 10007-1312

**Re: *Sjunde AP-Fonden v. The Goldman Sachs Grp., Inc., et al.*, 18-cv-12084 (VSB) (KHP)**

Dear Judge Parker:

We represent Lead Plaintiff Sjunde AP-Fonden ("Plaintiff") in the above-referenced matter. We write jointly with Defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein and Gary D. Cohn ("Defendants") to propose a format for the February 22, 2024 hearing on Plaintiff's motion for class certification and separately to request a modification of the schedule for expert discovery.

**Class Certification Hearing**

In its August 18, 2023 Order, the Court scheduled an evidentiary hearing on Plaintiff's motion for class certification, and directed that "if the parties do not believe that an evidentiary hearing is necessary, they shall so advise the Court." ECF No. 278. Following the conclusion of class certification briefing, the parties met and conferred. Subject to any further guidance from the Court as to what format of presentation would be most helpful to Your Honor, the parties respectfully propose the following format for a single-day hearing on class certification:

| Suggested Format of Presentation | Suggested Time Allocation |
|---|---|
| Opening Arguments | Plaintiff's Opening: 20 minutes<br>Defendants' Opening: 20 minutes |
| Examination of Plaintiff's expert, Joseph R. Mason, Ph.D. | Direct Examination: 60 minutes<br>Cross Examination: 60 minutes |
| Examination of Defendants' expert, S.P. Kothari, Ph.D. | Direct Examination: 60 minutes<br>Cross Examination: 60 minutes |




| Closing Arguments | Plaintiff's Closing: 40 minutes<br>Defendants' Closing: 40 minutes |
|---|---|
| | **Total: 360 minutes (6 hours)** |

We are available at the Court's convenience should the Court wish to provide any further guidance in advance of the hearing as to the most helpful presentation of the class certification issues.

**<u>Expert Discovery Schedule</u>**

Pursuant to the schedule for expert discovery (ECF No. 283), Plaintiff served its merits expert reports on October 16, 2023, and Defendants served their rebuttal expert reports on December 18, 2023. The current schedule provides that Plaintiff's reply expert reports must be served on February 5, 2024, and that expert discovery will conclude on March 8, 2024. *Id.* This schedule was agreed upon prior to the Court setting February 22, 2024 as the date for the hearing on Plaintiff's motion for class certification (at which Plaintiff's class certification and merits expert, Joseph R. Mason, Ph.D., will testify). ECF No. 310. Additionally, because of other commitments including a preexisting trial schedule, two of Defendants' rebuttal merits experts are not available for deposition prior to the deadline for Plaintiff's reply expert reports, February 5, 2024. Accordingly, the parties have met and conferred and respectfully request that the expert discovery schedule be modestly extended in order to provide the parties sufficient time to complete expert discovery after the class certification hearing, while also accommodating Defendants' experts schedules:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Plaintiff's Reply Expert Reports | February 5, 2024 | March 22, 2024 |
| Close of Expert Discovery | March 8, 2024 | April 22, 2024 |

There has been one prior request for extension. On July 31, 2023, the Court set a schedule for expert discovery whereby Plaintiff's opening reports were to be served on September 29, 2023; Defendants' reports were to be served on November 28, 2023; Plaintiff's reply reports were to be served on January 12, 2024; and expert discovery would end on February 12, 2024. ECF No. 270. On August 17, 2023, the parties sought a short extension of the expert discovery schedule in light of the additional class certification briefing. ECF No. 274.

We thank the Court for its attention to this matter.

Respectfully submitted,

*S/ Andrew L. Zivitz*
Andrew L. Zivitz

cc: All Counsel of Record (via ECF)