**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING        TOKYO
HONG KONG      TORONTO
LONDON         WASHINGTON, DC
LOS ANGELES    WILMINGTON
SAN FRANCISCO

DIRECT DIAL: (212) 373-3148
EMAIL: RSPERLING@PAULWEISS.COM

April 9, 2024

**By ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:    *Sjunde AP-Fonden* v. *The Goldman Sachs Group, Inc. et al.*, No. 18-cv-12084-VSB-KHP

Dear Judge Broderick:

    We represent Defendant The Goldman Sachs Group, Inc. ("Goldman") in the above-captioned matter, and write on behalf of all Defendants, pursuant to Your Honor's Individual Rule 1.G. As you know, on April 5, 2024, Magistrate Judge Parker issued a report and recommendation (the "R&R") regarding Plaintiff's motion for class certification. (Dkt. 329.) We are writing to request a short, two-week extension on the deadlines for filing objections to the R&R.

    Under the default schedule, the deadline to file objections to the R&R is April 19, 2024, and responses to those objections would be due on May 3, 2024. We have conferred with counsel for Plaintiff, who do not oppose this request, and have asked for a corresponding two-week extension to file Plaintiff's response to Defendants' objection. If both extension requests are granted, the deadline for objections would become May 3, 2024, and the deadline for responses to those objections would become May 31, 2024.

    The R&R represents only the second decision applying the Second Circuit's recent decision in *Arkansas Teacher Retirement System* v. *Goldman Sachs Group, Inc.*, 77 F.4th 74 (2d Cir. 2023) ("*ATRS*"). Defendants respectfully submit that the requested extension of the time is warranted to ensure that the issues addressed in the R&R are comprehensively submitted to the Court. In addition, Defendants' counsel have several other court-ordered deadlines in other matters in the next several weeks, and the requested extension would assist counsel to manage these various obligations.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Vernon S. Broderick                                                                                               2

        We thank the Court for its attention to this matter and stand ready to answer any questions the Court may have.

Respectfully submitted,

*/s/ Robert Y. Sperling*

Robert Y. Sperling

cc:    All counsel of record (by ECF)