**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>THE GOLDMAN SACHS GROUP, INC., et al.,<br><br>                      Defendants. | Case No. 1:18-cv-12084 (VSB) (KHP) |

**STIPULATION AND [PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION TO REDACT OR SEAL**

WHEREAS, on July 25, 2024 the Court issued an Opinion and Order (ECF No. 344) directing Defendant, the Goldman Sachs Group, Inc. ("Goldman" or "Defendant") to "refile their motions to seal with revised proposed redactions" of documents identified Appendix 1 of Goldman's Motion to Seal (ECF Nos. 301, 301-1). ECF No. 344.

WHEREAS, on August 14, 2024 the Court issued an Order (ECF No. 346) directing Defendant to "revise their proposed redactions for the materials contained in Appendix 2" of Goldman's Motion to Seal (ECF Nos. 301, 301-1). ECF No. 346.

i

WHEREAS, counsel for certain individuals has unique concerns for their clients and has requested limited redactions in nine documents listed in the Appendix to Defendant's September 4, 2024 Letter (ECF Nos. 348, 348-01).[1]

WHEREAS, counsel for certain individuals has also requested that two documents (namely, ECF Nos. 294-16 and 294-17) be sealed in their entirety.

WHEREAS, the parties have conferred with counsel for certain individuals and do not oppose the proposed redactions or sealing.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

The following documents will be unsealed with limited redactions, consistent with the parties' representation that they have no objection to those redactions: 351-02, 351-04, 351-06, 351-08, 351-10, 351-12, 351-14, 351-16, and 351-18.

The following documents will remain under seal consistent with the parties' representation that they have no objection: 294-16, and 294-17.

The following document will remain under seal consistent with the parties' agreement that it should not be unsealed: 294-01.[2]

---

[1] Exhibit 10 was referenced in Goldman's August 29, 2024 Letter (ECF No. 347). We have included it again in Appendix A for the Court's ease. Appendix A therefore includes all documents for which counsel for certain individuals seeks limited sealing.

[2] Exhibit 4 (ECF No. 294-01) is a list of names identifying certain anonymized individuals in the Statement of Facts in Goldman's Deferred Prosecution Agreement. It was compiled by Goldman's outside counsel for Plaintiff as part of the parties' negotiations over document custodians. The parties have agreed that this will remain under seal and we have therefore included it within this stipulation and agreement. Counsel for certain individuals also agrees as these certain individuals are referenced within Exhibit 4.

| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| By: /s/ Andrew L. Zivitz | By: /s/ Robert Y. Sperling |
| Andrew L. Zivitz | Robert Y. Sperling |
| Matthew Mustokoff | Staci Yablon |
| Johnston de F. Whitman, Jr. | Daniel J. Toal |
| Jamie M. McCall | Audra Soloway |
| David Bocian | 1285 Avenue of the Americas |
| Nathan A. Hasiuk | New York, New York 10019 |
| Vanessa Milan | (212) 373-3148 |
| Nathaniel C. Simon | (212) 757-3990 (fax) |
| 280 King of Prussia Road | rsperling@paulweiss.com |
| Radnor, PA 19087 | syablon@paulweiss.com |
| (610) 667-7706 | dtoal@paulweiss.com |
| (610) 667-7056 (fax) | asoloway@paulweiss.com |
| azivitz@ktmc.com | |
| mmustokoff@ktmc.com | *Attorneys for Defendant The Goldman Sachs Group, Inc.* |
| jwitman@ktmc.com | |
| jmmccall@ktmc.com | |
| dbocian@ktmc.com | |
| nhasiuk@ktmc.com | |
| vmilan@ktmc.com | |
| nsimon@ktmc.com | |

*Lead Counsel for Sjunde AP-Fonden and the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**

Salvatore J. Graziano
Rebecca E. Boon
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400
(212) 554-1444 (fax)
sgraziano@blbglaw.com
rebecca.boon@blbglaw.com

*Liaison Counsel for the Class*

IT IS SO ORDERED.

DATE:_____

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE