December 30, 2025

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Sjunde AP-Fonden v. The Goldman Sachs Grp., Inc., et al.*, 18-cv-12084 (VSB) (KHP)

Dear Judge Parker:

Lead Plaintiff and Class Representative Sjunde AP-Fonden ("Plaintiff") and Defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein and Gary D. Cohn ("Defendants") write pursuant to the Court's September 15, 2025 Order (Dkt. No. 357) to propose a briefing schedule for summary judgment motions.

On September 15, 2025, the Court ordered that "[w]ithin seven days of the Court of Appeals' ruling on [Defendants'] 23(f) petition, the parties shall submit a proposed summary judgment briefing schedule[.]" Dkt. No. 357. On December 23, 2025, the United States Court of Appeals for the Second Circuit denied Defendants' Rule 23(f) petition. *Goldman Sachs Grp., Inc., et al. v. Sjunde AP-Fonden, et al.*, No. 25-2280, 2025 WL 3731055, at \*1 (2d Cir. Dec. 23, 2025). Following the Second Circuit's order, the parties met and conferred and agreed to the following summary judgment briefing schedule, subject to the Court's approval:

| | |
|---|---|
| **Motions for Summary Judgment** | **March 2, 2026** |
| **Oppositions to Motions for Summary Judgment** | **May 1, 2026** |
| **Reply Briefs in Support of Motions for Summary Judgment** | **June 15, 2026** |

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

*/s/ Matthew L. Mustokoff*
Matthew L. Mustokoff
KESSLER TOPAZ
 MELTZER & CHECK, LLP

*Lead Counsel for Sjunde AP-Fonden
and Class Counsel*

*/s/ Staci Yablon*
Staci Yablon
PAUL WEISS RIFKIND, WHARTON
 & GARRISON LLP

*/s/ James C. Rutten*
James C. Rutten
MUNGER, TOLLES & OLSON LLP

Hon. Katharine H. Parker
December 30, 2025
Page 2

*Counsel for Defendant The Goldman Sachs
Group, Inc.*

/s/ Andrew J. Ehrlich
Andrew J. Ehrlich
PAUL WEISS RIFKIND, WHARTON
  & GARRISON LLP

*Counsel for Defendant Lloyd C. Blankfein*

/s/ Grant R. Mainland
Grant R. Mainland
MILBANK LLP

*Counsel for Defendant Gary D. Cohn*