**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SJUNDE AP-FONDEN, individually and on behalf
of all others similarly situated,

                       Plaintiff,

          -against-

THE GOLDMAN SACHS GROUP, INC.,
LLOYD C. BLANKFEIN, HARVEY M.
SCHWARTZ, and R. MARTIN CHAVEZ,

                     Defendants.
-----------------------------------------------------------------X

**18-CV-12084 (VSB) (KHP)**

**<u>SCHEDULING ORDER ON
MOTIONS FOR SUMMARY
JUDGMENT BRIEFING</u>**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of a letter from the parties requesting a briefing schedule on the motions for summary judgment. (ECF No. 369.)  The Court approves the briefing schedule, such that the opening briefs shall be due **March 2, 2026**, with opposition briefs due **May 1, 2026**, and replies due **June 15, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
            January 2, 2026

                                   _____
                                   KATHARINE H. PARKER
                                   United States Magistrate Judge