April 22, 2026

<u>**VIA ECF**</u>
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

      Re: *Sjunde AP-Fonden v. The Goldman Sachs Grp., Inc., et al.*, **18-cv-12084 (VSB) (KHP)**

Dear Judge Broderick:

      Lead Plaintiff Sjunde AP-Fonden ("Plaintiff") and Defendant The Goldman Sachs Group, Inc. write jointly to inform the Court that the parties have reached an agreement-in-principle to resolve this action in its entirety.  We expect to file final settlement documentation, including the Settlement Agreement and an unopposed motion for preliminary approval of the proposed settlement, by May 20, 2026.

      In light of this development, the parties respectfully request that the Court stay all motions and deadlines in this action, including the May 1, 2026 deadline for Plaintiff's opposition to Defendants' motions for summary judgment and June 15, 2026 deadline for Defendants' replies in further support of their motions for summary judgment.  Dkt. No. 370.  The parties believe that a stay of the proceedings is in the interest of justice and will preserve party and judicial resources.

      We thank Your Honor for the Court's attention to this matter.

      Respectfully submitted,

*/s/ Matthew L. Mustokoff*         */s/ Elaine J. Goldenberg*
Matthew L. Mustokoff          Elaine J. Goldenberg
KESSLER TOPAZ            MUNGER, TOLLES & OLSON LLP
 MELTZER & CHECK, LLP

                      *Counsel for Defendant The Goldman Sachs*
*Lead Counsel for Sjunde AP-Fonden*  *Group, Inc.*
*and Class Counsel*