**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SJUNDE AP-FONDEN, individually and on behalf
of all others similarly situated,

                              Plaintiff,

                 -against-

THE GOLDMAN SACHS GROUP, INC.,
LLOYD C. BLANKFEIN, HARVEY M.
SCHWARTZ, and R. MARTIN CHAVEZ,

                              Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/23/2026

**18-CV-12084 (VSB) (KHP)**

**ORDER RE: DEADLINES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Insofar as this matter has been referred to the undersigned for general pre-trial management, scheduling requests should be directed to the undersigned. The motion to stay deadlines is GRANTED. The parties are advised that they may consent to the undersigned for purposes of approval of the settlement and dismissal of the case pursuant to 28 U.S.C. § 636(c). If the parties jointly consent, they shall complete the consent form available on the Court's website at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to the Clerk of the Court.

This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c). There will be no adverse consequences if the parties withhold their consent.

**SO ORDERED.**

DATED:     New York, New York
April 23, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge