UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOLDMAN SACHS GROUP, INC., et al.,<br><br>Defendants. | Case No. 18-cv-12084 (VSB) (KHP) |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO <u>DISSEMINATE NOTICE OF SETTLEMENT</u>**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated May 20, 2026 ("Stipulation") and filed herewith; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff and Court-appointed Class Representative Sjunde AP-Fonden hereby moves this Court, pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure, for preliminary approval of the proposed Settlement so that notice of the Settlement may be provided to the Class.[1] Specifically, Lead Plaintiff respectfully requests that the Court enter an order: (i) preliminarily approving the proposed Settlement; (ii) approving the proposed form and manner of providing notice of the Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Class Counsel's motion for attorneys' fees and expenses. The Parties' agreed-upon

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation.

[Proposed] Order Preliminarily Approving Settlement and Providing for Notice of Settlement is filed with this Motion.

Dated: May 20, 2026

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*S/ Matthew L. Mustokoff*
Matthew L. Mustokoff
Andrew L. Zivitz
Jamie M. McCall
David A. Bocian
Nathan A. Hasiuk
Nathaniel C. Simon
Vanessa Milan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
mmustokoff@ktmc.com
azivitz@ktmc.com
jmccall@ktmc.com
dbocian@ktmc.com
nhasiuk@ktmc.com
nsimon@ktmc.com
vmilan@ktmc.com

*Counsel for Lead Plaintiff Sjunde AP-Fonden and the Class*

**BERNSTEIN LITOWITZ**
**BERGER & GROSSMANN LLP**
Salvatore J. Graziano
Rebecca E. Boon
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
sgraziano@blbglaw.com
rebecca.boon@blbglaw.com

*Liaison Counsel for the Class*