**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

SJUNDE AP-FONDEN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE GOLDMAN SACHS GROUP, INC., et al.,

Defendants.

</td></tr>
</table>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:____6/1/2026____
```

Case No. 18-cv-12084-VSB-KHP

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern of New York, attorney Andrew J. Ehrlich of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney of record for Defendant Lloyd C. Blankfein in the above-caption matter, on the grounds that he is leaving his employment with Paul, Weiss.

Paul, Weiss, by and through the remaining attorneys of record identified on ECF, has and will continue to represent Lloyd C. Blankfein in this matter and no party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

WHEREFORE, the undersigned counsel respectfully requests that this Court permit Andrew J. Ehrlich to withdraw as counsel for Lloyd C. Blankfein in this matter.

Dated: May 29, 2026
New York, New York

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Andrew S. Ehrlich*
Andrew J. Ehrlich
1285 Avenue of the Americas
New York, NY 10019-6064
aehrlich@paulweiss.com

*Attorney for Lloyd C. Blankfein*

SO ORDERED:

Katharine H Parker

6/1/2026

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew J. Ehrlich, hereby certify that on May 29, 2026, I caused a true and correct

copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

Dated: May 29, 2026       */s/ Andrew S. Ehrlich*
New York, New York       Andrew J. Ehrlich